STATE OF NEW JERSEY v. ROSALI MARTINEZ.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JERSELAR QUINTERO.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAIME RICO.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GERMAN RODRIGUEZ.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GORDON CONNOR.

March 31, 1988.

Petition for certification denied.